[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-11227
Non-Argument Calendar
_____

D.C. Docket No. 5:13-cr-00013-MW-2


UNITED STATES OF AMERICA,

                                                    Plaintiff – Appellee,

versus

TRACY L. COLLIER,

                                                    Defendant – Appellant.


_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(February 1, 2018)

Before TJOFLAT, WILLIAM PRYOR, and ANDERSON, Circuit Judges.

PER CURIAM:

    Rachel R. Seaton, appointed counsel for Tracy Collier in this direct criminal

appeal, has moved to withdraw from further representation of Collier and has filed

a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967).  Our independent review of the entire record reveals that Seaton's assessment of the relative merit of the appeal is correct.[1]  Because independent examination of the entire record reveals no arguable issues of merit, the motion to withdraw from further representation is **GRANTED** and Collier's total sentence is **AFFIRMED.**

---

[1] This Court has previously affirmed Collier's convictions, but we vacated his total sentence and remanded for resentencing because the District Court failed to make adequate findings as to (1) whether Collier had reason to know that the conspiracy that formed the basis for his charges involved over 50 victims, such that a number of victims enhancement was appropriate, and (2) whether Collier was entitled to a mitigating role reduction. *See United States v. Taylor*, 652 F. App'x 902 (11th Cir. 2016), *cert. denied sub nom. Collier v. United States*, 137 S. Ct. 1232 (2017).